814

No. 218. PARSONS ET AL. *v.* SMITH, FORMER COLLECTOR OF INTERNAL REVENUE; and

No. 305. HUSS ET AL. *v.* SMITH, FORMER COLLECTOR OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari granted. *Sherwin T. McDowell* for petitioners in No. 218. *Walter Stein* for petitioners in No. 305. *Solicitor General Rankin* for respondent. *Edgar J. Goodrich* and *Lipman Redman* filed a brief for the Estate of Schumacher, as *amicus curiae,* in No. 218, in support of the petition. Reported below: No. 218, 255 F. 2d 595; No. 305, 255 F. 2d 599.

No. 81, Misc. GLUS *v.* BROOKLYN EASTERN DISTRICT TERMINAL. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted. *John J. Seffern* for petitioner.

No. 59. SCHLEICH, ALIAS RING, *v.* BUTTERFIELD, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 6th Cir. Certiorari denied. *Ernest Goodman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Julia P. Cooper* for respondent.

No. 69. RUSH *v.* CITY OF MAPLE HEIGHTS. Supreme Court of Ohio. Certiorari denied. *John R. Vintilla* for petitioner. *Arthur Krause* for respondent.